

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2015

No. 04-15-00005-CV

**IN RE ESTATE OF JACK HIROMI IKENAGA**, Sr., Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The clerk's record was due to be filed with this court by February 3, 2015. *See* TEX. R. APP. P. 35.1. We granted the probate court clerk's motion for extension of time to file the clerk's record until March 1, 2015. On March 4, 2015, the probate court clerk notified this court that Appellant has failed to pay the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

Therefore, we ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. If Appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

If Appellant timely complies with this order, the clerk's record will be due on April 2, 2015. **No further extensions of time to file the clerk's record will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court